UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CHRISTHIAM NAVARRO,                          CASE NO.:

        Plaintiff,

v.

MPS MEDSPA MANAGEMENT, LLC
d/b/a MIAMI PLASTIC SURGERY, a
Florida limited liability company;
MICHAEL E. KELLY, M.D.; and
CARLOS WOLF, M.D.,

        Defendants.
_____/

## COMPLAINT

Plaintiff Christhiam Navarro ("Navarro"), by and through undersigned counsel, files her

Complaint and sues Defendants MPS Medspa Management, LLC d/b/a Miami Plastic Surgery

("MPS"), Michael E. Kelly, M.D. ("Kelly"), and Carlos Wolf, M.D. ("Wolf"), and states:

### Preliminary Allegations

1.      Navarro brings this lawsuit against Defendant to recover compensatory damages as

a result of violations of Title VII of the Civil Rights Act of 1964 and unlawful employment

practices.

2.      Plaintiff is a citizen of the United States who resides in the Southern District of

Florida.

3.      Defendant MPS Medspa Management, LLC d/b/a Miami Plastic Surgery is a

Florida limited liability company, in good standing, and authorized to do business in the State of

Florida, with its principal place of business in Miami-Dade County, Florida, and is an employer

PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
200 South Andrews Avenue, Suite 600, Fort Lauderdale, Florida 33301 • (954) 566-7117
283 Catalonia Avenue, Suite 200, Coral Gables, FL 33134 • (305) 377-0086

within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e(b), and Florida Statutes § 760.02, in that Defendant employed fifteen (15) or more persons for each working day in each of twenty (20) or more calendar weeks in the current or preceding year.

4.      Defendant Michael E. Kelly, M.D. is an individual, *sui juris*, who, upon information and belief, resides in Miami-Dade County and committed the acts complained of herein within Miami-Dade County, Florida.

5.      Defendant Carlos Wolf, M.D. is an individual, *sui juris*, who, upon information and belief, resides in Miami-Dade County and committed the acts complained of herein within Miami-Dade County, Florida.

6.      Jurisdiction and venue are proper in this Court because the cause of action accrued in this county and/or Defendants reside in Miami-Dade County, Florida.

7.      Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC), and has received a notice of Right to Sue Letter. *See* Right to Sue letter attached hereto as **Exhibit "A".**

8.      This action is timely filed and all conditions precedent to bringing this action have occurred.

9.      Plaintiff has retained undersigned counsel to represent her in this litigation and has agreed to pay a reasonable fee for undersigned counsel's services.

## General Allegations

10.      Kelly and Wolf are manager/members of MPS.

11.      Plaintiff began working for Defendants on October 15, 2016, as a Patient Coordinator providing both patient services and sales for the company.

**PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.**
200 South Andrews Avenue, Suite 600, Fort Lauderdale, Florida 33301 • (954) 566-7117
283 Catalonia Avenue, Suite 200, Coral Gables, FL 33134 • (305) 377-0086

12.     During all relevant times, Kelley and Wolf supervised the Plaintiff's work.

13.     During Plaintiff's tenure as an employee of the Defendants, she was never the focus of a negative employment review or warning, and Plaintiff maintained a steady and constant workload provided by the Defendants.

14.     At all material times, Plaintiff performed her job satisfactorily and competently.  In fact, Plaintiff increased her sales production by over 200% during her tenure at Defendants' place of work.

15.     On or about February 2005, Plaintiff learned that she was pregnant and that her expected due date was August 31, 2005.

16.     Plaintiff notified Defendants she was pregnant and prepared for her maternity leave by training a temporary replacement employee.

17.     On July 14, 2017, Plaintiff took a temporary maternity leave and planned to return to work on October 2, 2017.

18.     On September 17, 2017, prior to Plaintiff's return to work from her maternity leave, Plaintiff was contacted by Defendant who advised Plaintiff she was being terminated for failing to abide by established procedures and guidelines.

19.     During the two months Plaintiff was away on maternity leave, and prior to her maternity leave, no issue arose where Plaintiff was reprimanded or made aware she violated any established procedure of Defendants.

20.     The violation which is the subject of the termination allegedly occurred in May 2017 and was not addressed until September 2017, just prior to Plaintiff returning to work.

**PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.**
200 South Andrews Avenue, Suite 600, Fort Lauderdale, Florida 33301 • (954) 566-7117
283 Catalonia Avenue, Suite 200, Coral Gables, FL 33134 • (305) 377-0086

## COUNT I: PREGNANCY DISCRIMINATION ACT VIOLATIONS
### (Title VII: 42 U.S.C. 2000e *et seq*.)

Plaintiff incorporates and references paragraphs 1 through 20 as of fully set forth herein.

21. Plaintiff is a member of a protected group under Title VII because she was a female and pregnant.

22. Plaintiff was subjected to sexual discrimination caused by her termination solely based upon her sex and as a result of her taking maternity leave.

23. Plaintiff's position was prematurely terminated for reasons unrelated to her performance at work.

24. This practice and act was a direct violation of rights secured to the Plaintiff by the United States Constitution and by Title VII of the United States Code.

25. The act of firing Plaintiff due to her pregnancy violated Title VII and the United States Constitution as Plaintiff was treated unequally and was treated differently from men and non-pregnant female employees.

26. As a direct result of the unlawful discrimination and termination, Plaintiff was unemployed for an extended period of time and suffered financial hardship including loss of wages, compensatory damages, emotional distress, and incidental and consequential damages.

**WHEREFORE**, Plaintiff respectfully requests that this Court award Plaintiff damages for back pay, front pay, loss of fringe benefits and exemplary damages, pre-judgment interest, attorney's fees as provided by Title VII, costs, compensatory damages, punitive damages, and grant such other relief as this Court deems just and proper.

**PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.**
200 South Andrews Avenue, Suite 600, Fort Lauderdale, Florida 33301 • (954) 566-7117
283 Catalonia Avenue, Suite 200, Coral Gables, FL 33134 • (305) 377-0086

## COUNT II: UNLAWFUL EMPLOYMENT PRACTICES
### (Florida Statutes § 760.01 *et seq.*)

Plaintiff re-alleges paragraphs 1 through 20 of the Complaint as set forth above.

27. Florida Statute Section 760.10 prohibits employers from discriminating against employees on the basis of sex or marital status.

28. Plaintiff was discriminated against by virtue of her sex by the Defendants because of her pregnancy.

29. As a direct and proximate result of Defendant's conduct alleged herein, Plaintiff suffered and continues to suffer general, special, and consequential damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, pre- and post-judgment interest, her attorney's fees, costs of this action, and such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues and claims so triable.

Respectfully submitted May 14, 2018.

*/s/ Miguel Armenteros*
Miguel Armenteros, Esq. (FBN 14929)
*miguel@pbyalaw.com*
Ariella J. Gutman, Esq. (FBN 91447)
*agutman@pbyalaw.com*
**PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.**
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Tel.: (305) 377-0086
Fax: (305) 377-0781
Service Email: *eservicemia@pbyalaw.com*

*Attorneys for Plaintiff*

**PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.**
200 South Andrews Avenue, Suite 600, Fort Lauderdale, Florida 33301 • (954) 566-7117
283 Catalonia Avenue, Suite 200, Coral Gables, FL 33134 • (305) 377-0086